**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rafael GOMEZ, a.k.a. Rafa,**
**Defendant–Appellant.**

**No. 05–14114**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 21, 2006.

Leonard L. Franco, The Franco Law Firm, P.C., Atlanta, GA, for Defendant–Appellant.

Sandra E. Strippoli, Amy Levin Weil, AUSA, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Before ANDERSON, BARKETT and PRYOR, Circuit Judges.

PER CURIAM:

Leonard Franco, appointed counsel for Rafael Gomez on this direct criminal appeal, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Gomez's conviction and sentence are **AFFIRMED.**